# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

|  |  |
|---|---|
| **HYUN JI BYUN,** | **CASE NO. EDCV 11-00002-CJC(OPx)** |
| **Plaintiff,** | |
| **v.** | **SCHEDULING  ORDER** |
| **COUNTY OF SAN BERNARDINO, ET AL.,** | |
| **Defendants.** | |

The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), now ORDERS as follows:

[1] All discovery, including discovery motions, shall be completed by April 6, 2012.  Discovery motions must be filed and heard prior to this date.

[2] The parties shall have until June 8, 2012 to file and have heard all other motions, including motions to join or amend the pleadings.

[3]  A pretrial conference will be held on **Monday, July 9, 2012 at 3:30 p.m.** Full compliance with Local Rule 16 is required.

[4]  The jury trial of the case shall begin on **Tuesday, July 17, 2012**

1  **at 9:00 a.m.**

2

3      **IT IS SO ORDERED**.

4

5      IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of

6  this Order on counsel for the parties in this matter.

7

8  DATED: June 28, 2011

9  _____

10                      CORMAC J. CARNEY
                         United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28